PER 18 U.S.C. 3170

| | |
|---|---|
| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** | |

BY: ☐ INFORMATION  ☑ INDICTMENT

CASE NO. 2:23-cr-0149-APG-BNW

Matter Sealed: ☐ Juvenile  ☑ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☐ Information

USA vs.
Defendant: DAVID E. BORUCHOWITZ

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
Divisional Office: Las Vegas

Address:

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD
AUG 16 2023
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Name and Office of Person Furnishing Information on THIS FORM: Ellenrose Jarmolowich
☑ U.S. Atty  ☐ Other U.S. Agency
Phone No. (702) 388-6336

Name of Asst. U.S. Attorney (if assigned): STEVE MYHRE/BIANCA R. PUCCI

☐ Interpreter Required   Dialect: _____

Birth Date: _____    ☑ Male  ☐ Female
☐ Alien (if applicable)

Social Security Number _____

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Christina Burt / Paulina Seghaier ~ FBI

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense: _____ County

**DEFENDANT**

Issue: ☑ Warrant  ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____
☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts: 6

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| | 18 U.S.C. §§ 242 and 2 | Deprivation of Rights Under Color of Law | 1 |
| | 18 U.S.C. §1343 | Fraud By Wire | 2 thru 5 |
| | 18 U.S.C. §1621 | Perjury | 6 |