UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

IN THE MATTER OF THE PARTIAL REPORTS OF THE REGULAR GRAND JURY THE **March 31, 2022** TERM. **22-02**

MINUTES OF COURT

DATE: August 16, 2023 @ 1:07 p.m. to 1:12 p.m.

FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 1 6 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

| PRESENT: | The Honorable | Cam Ferenbach | , U.S. Magistrate Judge. |
|---|---|---|---|
| DEPUTY CLERK: | | Araceli Bareng | REPORTER: Natasha Bachman |
| UNITED STATES ATTORNEY: | | Bianca Pucci | COURTROOM: 3D |

A roll call of the Grand Jury is taken with **17** members present for deliberations which constituted a quorum. The foreperson of the Grand Jury presented its partial report and indictments.

On the motion of the United States Attorney, **IT IS ORDERED** that the said report and indictments be filed. There is **1** SEALED indictment(s).

On the motion of the United States Attorney, **IT IS ORDERED** that the terms of release as to each defendant are fixed as indicated and that Bench Warrant and Summons issue where indicated.

| Case | Defendant | Status |
|---|---|---|
| 2:23-cr-0149 APG-BNW | 1 SEALED DEFENDANT | WARRANT |
| 2:23-cr-0114 CDS-VCF SUPERSEDING | DANIEL SALDANA Aka: "Chapo", and | LOCAL FEDERAL CUSTODY |
| | MARIO ESTRADA | LOCAL FEDERAL CUSTODY |
| 2:23-cr-0150 JCM-EJY 2:23-mj-704 BNW | JOSHUA AARON JAMES, and ZALTON BROOKS | LOCAL FEDERAL CUSTODY LOCAL FEDERAL CUSTODY |
| 2:23-cr-0151 APG-NJK 2:23-mj-707 BNW | ERIC RAMIREZ Aka: "Draco" | LOCAL FEDERAL CUSTODY |

**IT IS ORDERED** that the Arraignment & Plea as to: **2:23-cr-0114; 2:23-cr-0150; and 2:23-cr-0151** will be held on **Tuesday, August 22, 2023 @ 1:00 p.m.** before **MAGISTRATE JUDGE ELAYNA J. YOUCHAH in Courtroom 3D.**

The Arraignment and Plea will be held at the time of the Initial Appearance.

DEBRA KEMPI, Clerk
United States District Court

/S/ Araceli Bareng

Deputy Clerk