**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:23-cr-00149-APG-BNW |
| Plaintiff | **Order** |
| v. | |
| DAVID E. BORUCHOWITZ, | |
| Defendant | |

The parties have filed several motions that do not comply with the Local Rules. *See* LCR 12-1(c), 12-2. Because we are on the eve of trial, I will not strike the motions. Instead, I set forth a schedule for the parties to meet and confer, to provide timeliness certifications, and to respond to the recently filed motions.

I THEREFORE ORDER that by November 4, 2024, the parties shall comply with LCR 12-2 and confer within the meaning of LR IA 1-3(f) with respect to all the pending motions.

I FURTHER ORDER that the defendant's response to the government's motion in limine (ECF No. 46) remains due on November 5, 2024.

I FURTHER ORDER that the government's responses to the defendant's motion to dismiss (ECF No. 48) and motion in limine (ECF No. 49) are due November 8, 2024.

I FURTHER ORDER that the parties shall file a joint report detailing the results of the meet and confer and certificates of timeliness for all motions by November 8, 2024.

DATED this 1st day of November, 2024.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE