# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:23-cr-00149-APG-BNW |
| Plaintiff | **Order Setting Hearing** |
| v. | |
| DAVID E. BORUCHOWITZ, | |
| Defendant | |

On **December 11, 2024 at 10:00 a.m.,** I will entertain oral argument on the following motions:

Defendant's Motion to Dismiss Counts Two Through Five (ECF No. 48);

Defendant's Motion In Limine to Exclude Internal Investigation Report (ECF No. 49);

Defendant's Motion in Limine to Exclude "Scheme" Evidence (ECF No. 66)

DATED this 27th day of November, 2024.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE